JAMES A. GARRETT *v.* JOHN D. GRIMBALL and another.

The court has no authority to give damages for a frivolous appeal, when not prayed for.

APPEAL from the District Court of St. Mary, *King*, J.

There was judgment below in favor of the plaintiff, from which the defendants have appealed.

*Splane*, for the plaintiff.

*Gibbon*, for the appellants.

MORPHY, J. In this suit, which is on a note executed in favor of the plaintiff by Grimball, one of the defendants, who are ordinary partners, the evidence fully establishes that Grimball was authorized to sign the partnership name, and that Wright has frequently paid notes thus signed by his partner. We would allow damages for the frivolous appeal, if we thought ourselves authorized to grant them, when not demanded.

*Judgment affirmed.*